IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:13CR00174 BRW |
| | ) | |
| HARRY KEITH LANE | ) | |

**ORDER**

The defendant's motion for bond hearing (docket entry no. 12) is granted. The hearing will be conducted on Thursday, August 22, 2013, at 3:00 p.m.

IT IS SO ORDERED this  20   day of August, 2013.

_____
UNITED STATES MAGISTRATE JUDGE